UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE LASHAY JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendants. | No. 2:19-cv-00461-CKD-P<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 20, 2020, the court stayed this case for 120 days for purposes of alternative dispute resolution (ADR). In the course of trying to schedule a settlement conference, the court was notified that plaintiff was released from incarceration. However, plaintiff has not notified the court of any change in address as required by Local Rule 183(b). Therefore, the court is unable to schedule, much less conduct, a settlement conference without further information from plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days from the date of this order, plaintiff shall notify the court of her current address as required by Local Rule 183(b).
2. Plaintiff shall inform the court if she is willing to participate in a settlement

1

conference and whether she prefers to participate via telephone or video conferencing (i.e. ZOOM).

3. Failure to comply with this order shall result in a recommendation that this case be dismissed without prejudice.

Dated:  May 13, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/jone0461.osc.docx